**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| DAVID JONES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-161 (WLS) |
| | : | |
| WALMART STORES EAST, LP, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Defendant Walmart Stores East, LP moves for a protective order. (Doc. 8). Because Plaintiff Jones doesn't join in the Motion, he must respond before the Court grants it. Accordingly, Plaintiff is **ORDERED** to respond to Defendant Walmart's Motion for Protective Order (Doc. 8) **within fourteen (14) days** of the entry of this Order, or **by no later than Monday, April 27, 2026**.

**SO ORDERED**, this 13th day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1