**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAVID JONES,                           :
                                       :
    Plaintiff,                     :
                                       :
v.                                     :     CASE NO.: 7:25-CV-161 (WLS)
                                       :
WALMART STORES EAST, LP,               :
                                       :
    Defendant.                     :
                                       :

## ORDER

Before the Court is Defendant Walmart Stores East, LP's Motion for Protective Order (Doc. 8). After the Motion was filed, the Court ordered Plaintiff Jones to file a response by Monday, April 27, 2026. (Doc. 9). Instead, the Parties filed a Joint Motion for Protective Order (Doc. 10) on that date, which the Court granted. (Doc. 11). As such, Defendant's first Motion for Protective Order (Doc. 8) is **DENIED**, as moot.

    **SO ORDERED**, this 4th day of May 2026.

                 **/s/ W. Louis Sands**
                 **W. LOUIS SANDS, SR. JUDGE**
                 **UNITED STATES DISTRICT COURT**

1