## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

DAVID JONES,                          :
                                      :
    Plaintiff,              :
                                      :
v.                                    :          CASE NO.: 7:25-CV-161 (WLS)
                                      :
WALMART STORES EAST, LP,              :
                                      :
    Defendant.              :
_____       :

## ORDER

Before the Court is a Notice of Settlement (Doc. 13), filed by the Parties on June 18, 2026. Therein, the Parties notify the Court that a settlement has been reached between Plaintiff and Defendant and that the above-captioned action will be dismissed once the settlement is finalized.

For good cause, the Parties' Joint Notice (Doc. 13) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within thirty (30) days** of the entry of this Order, or **by no later than Wednesday, July 22, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 22nd day of June 2026.

                               **/s/ W. Louis Sands**
                               **W. LOUIS SANDS, SR. JUDGE**
                               **UNITED STATES DISTRICT COURT**