IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVID JONES,                             :
                                         :
           Plaintiff,                    :
                                         :
v.                                       :    CIVIL ACTION NO.
                                         :    7:25-CV-161-WLS
WAL-MART STORES EAST, LP,                :
                                         :
                                         :
           Defendant.                    :

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant in the above-styled civil action, by and through

their undersigned counsel of record and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate

and agree to the dismissal of the above-styled civil action with prejudice. The parties further

agree and stipulate that they shall be responsible for their own attorneys' fees and costs.

Respectfully submitted this 7th day of July, 2026.

THE RODD FIRM, LLC                          DREW, ECKL & FARNHAM, LLP


*/s/ Christopher K. Rodd*                    */s/ Garret W. Meader*
*By Garret W. Meader w/ express permission* Garret W. Meader
Christopher K. Rodd                         Georgia Bar No. 142402
Georgia Bar No. 353919                      100 Main Street, Suite A
512 South Broad Street                      St. Simons Island, GA 31522
Thomasville, Georgia 31792                  (912) 280-9662
Ph; (229) 431-7777                          meaderg@deflaw.com
Email: chris@roddfirm.com                   *Attorney for Defendant*
*Attorney for Plaintiff*


SO ORDERED this 13th day
of July, 2026.

_____
W. Louis Sands, Sr. Judge
United States District Court