IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVID JONES,                                      *

               Plaintiff,          *

v.                                               Case No. 7:25-cv-161 (WLS)

                                             *

WALMART STORES EAST LP,

                                             *

               Defendant.

                                             *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 13, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 14th day of July, 2026.

                           David W. Bunt, Clerk

                           s/ Katie Logsdon, Deputy Clerk